IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rosenberg, Felicia L

Printed: 4/22/08

Case Number: 05 B 08294
Judge: Hollis, Pamela S
Filed: 3/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: February 27, 2008
Confirmed: April 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,225.00 |  |
| Secured: |  | 353.05 |
| Unsecured: |  | 18,060.08 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,012.18 |
| Other Funds: |  | 99.69 |
| Totals: | 21,225.00 | 21,225.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 353.05 | 353.05 |
| 4. | Honda Finance Services | Unsecured | 0.00 | 0.00 |
| 5. | FDS Bank - Bloomingdales | Unsecured | 701.88 | 494.24 |
| 6. | FDS Bank - Bloomingdales | Unsecured | 2,246.32 | 1,581.86 |
| 7. | Lord & Taylor | Unsecured | 188.06 | 128.27 |
| 8. | Premier Bankcard | Unsecured | 98.05 | 64.73 |
| 9. | Marshall Field & Company | Unsecured | 1,823.65 | 1,284.21 |
| 10. | ECast Settlement Corp | Unsecured | 1,926.81 | 1,356.87 |
| 11. | Nordstrom | Unsecured | 890.48 | 627.09 |
| 12. | Household Finance | Unsecured | 2,558.47 | 1,801.67 |
| 13. | Resurgent Capital Services | Unsecured | 1,443.88 | 1,016.76 |
| 14. | World Financial Network Nat'l | Unsecured | 511.31 | 348.79 |
| 15. | Resurgent Capital Services | Unsecured | 1,127.81 | 794.20 |
| 16. | RoundUp Funding LLC | Unsecured | 539.84 | 368.26 |
| 17. | Resurgent Capital Services | Unsecured | 533.85 | 364.17 |
| 18. | Action Card | Unsecured | 403.54 | 275.27 |
| 19. | Aspire Visa | Unsecured | 2,075.91 | 1,461.84 |
| 20. | Action Card | Unsecured | 571.51 | 389.83 |
| 21. | Marshall Field & Company | Unsecured | 349.31 | 238.28 |
| 22. | ECast Settlement Corp | Unsecured | 1,414.07 | 995.77 |
| 23. | ECast Settlement Corp | Unsecured | 455.88 | 310.96 |
| 24. | Resurgent Capital Services | Unsecured | 5,386.41 | 3,792.95 |
| 25. | Jefferson Capital | Unsecured | 533.66 | 364.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Rosenberg, Felicia L | Case Number: 05 B 08294 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 3/9/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | GE Card Services | Unsecured | | No Claim Filed |
| 28. | Premier Bankcard | Unsecured | | No Claim Filed |
| 29. | Shell Oil Company | Unsecured | | No Claim Filed |
| 30. | World Financial Network Nat'l | Unsecured | | No Claim Filed |

$ 27,833.75     $ 20,113.13

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 66.27 |
| 3% | 97.32 |
| 5.5% | 362.91 |
| 5% | 155.22 |
| 4.8% | 173.41 |
| 5.4% | 157.05 |
| | $ 1,012.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

